THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
         *v.* FRANCIS LINTON, Appellant.

(Argued June 13, 1918; decided October 15, 1918.)

APPEAL from a judgment of the Court of General
Sessions of the Peace in the county of New York, ren-
dered June 8, 1917, upon a verdict convicting the defend-
ant of the crime of murder in the first degree, and from
an order entered April 5, 1918, denying a motion for a
new trial.

*David C. Hirsch* and *Clark L. Jordan* for appellant.

*Edward Swann, District Attorney* (*Robert C. Taylor*
of counsel), for respondent.

Judgment and order denying new trial affirmed; no
opinion.

Concur: COLLIN, CARDOZO, POUND and ANDREWS, JJ.
Dissenting on ground that the verdict is against the weight
of evidence: HISCOCK, Ch. J., HOGAN and CRANE, JJ.